```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT BLUEFIELD
```

**BRIAN LEON HAMLET,**

    **Plaintiff,**

**v.**                                             **CIVIL ACTION NO. 1:06-0057**

**STATE OF WEST VIRGINIA, et al.,**

    **Defendants.**


### MEMORANDUM OPINION AND JUDGMENT ORDER

    By Standing Order entered on July 21, 2004, and filed in this case on January 25, 2005, this matter was referred to United States Magistrate Judge R. Clarke VanDervort. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Standing Order directs Magistrate Judge VanDervort to submit proposed findings and recommendation concerning the disposition of this matter. Magistrate Judge VanDervort submitted his Proposed Findings and Recommendation on June 16, 2006, and proposed that this court: (1) confirm and accept the Magistrate Judge's findings as contained therein; (2) deny plaintiff's motion to proceed *In Forma Pauperis* (Doc. No. 2); (3) dismiss the case with prejudice; and (4) direct the Clerk to remove this matter from the court's active docket. (<u>See</u> Doc. No. 4 at 4.)

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Proposed Findings and Recommendation. After plaintiff changed his mailing

address, the court allotted the parties ten additional days, and additional mailing days. Neither party filed any objections to the magistrate judge's proposed findings. The failure of any party to file objections within the appropriate time frame constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985).

    Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court: (1) **CONFIRMS** and **ACCEPTS** the factual and legal analysis within the magistrate judge's Proposed Findings and Recommendation; (2) **DENIES** plaintiff's motion to proceed *In Forma Pauperis* (Doc. No. 2); (3) **DISMISSES** this case with prejudice; and (4) **DIRECTS** the Clerk to remove this matter from the court's active docket and to forward a certified copy of this Memorandum Opinion and Judgment Order to all counsel of record and to the petitioner.

    **IT IS SO ORDERED** this 31st day of July, 2006.

ENTER:

David A. Faber
Chief Judge